No. 507, Misc. CRANDALL *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Petition for writ of certiorari to the Supreme Court of Washington denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 487, Misc. EX PARTE MARSHALL. Motion for leave to file petition for writ of mandamus denied.

No. 508, Misc. WATSON *v.* BANNAN, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 519, Misc. BROWN *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari denied.

No. 521. CALIFRO ET AL. *v.* CALIFORNIA. District Court of Appeal of California, First Appellate District. Certiorari denied. *James C. Purcell* for petitioners.

No. 569. BORING *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *Harold Leventhal* for petitioner. *Clarence A. Graham* for respondent.

No. 593. BRAND ET AL. *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 611. COLLIN COUNTY LEVEE IMPROVEMENT DISTRICT No. 1 ET AL. *v.* UNITED STATES ET AL. C. A. 5th